

## NUMBER 13-15-00094-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

FADI ALFAYOUMI,                                                                APPELLANT,

v.

THARWAH ALZOUBI,                                                                APPELLEE.

### On appeal from the 197th District Court
### of Cameron County, Texas.

## ORDER ON ABATEMENT

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Order Per Curiam

Appellant, Fadi Alfayoumi, attempts to appeal a judgment rendering a final decree of divorce. According to the notice of appeal, this divorce decree was signed on February 11, 2015. However, our review of the clerk's record filed in this cause reveals that the "Final Decree of Divorce" appears to have two different dates on which it was

signed, December 18, 2014, and February 11, 2015, and two different signatures for the judge presiding.

Given the discrepancy regarding the date the judgment was signed by the trial court, we now ABATE and REMAND the appeal to the trial court for a determination regarding the correct date of the judgment. The trial court shall issue findings of fact and conclusions of law regarding the date that the judgment was signed and shall issue a corrected judgment. These documents should be forwarded to the Clerk of this Court in a supplemental record within twenty-one days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed
the 7th day of July, 2015.

2